AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY _____ D.C.

MAR 30 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-6146-Hunt |
| STEVEN HOROWITZ, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 15, 17, and 29, 2022_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery and Attempted Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Chelsey Hibsch, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___3\30\2021___

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____     PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Chelsey Elizabeth Hibsch, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division and have served in the FBI since August 2021. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, and the application and execution of arrest and search warrants. I have conducted and assisted in fugitive and violent crime investigations and have executed search warrants that have led to seizures of evidence related to violent crime.  Prior to working as an FBI Special Agent, I was an Air Force Officer, serving from 2010 to 2021.

2.  Based on the facts set forth in this affidavit, there is probable cause to believe that Steven David Horowitz (HOROWITZ) committed violations of Title 18, United States Code, 2113(a) (bank robbery and attempted bank robbery).

3.  The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against HOROWITZ for the above-described criminal violations.

**PROBABLE CAUSE**
*Bank of America – March 15, 2022*

4.     On or about March 15, 2022, law enforcement officers responded to Bank of America (BOA) located at 941 SE 17th St, Fort Lauderdale, Florida in reference to a bank robbery. At or about 9:00 a.m., a white male, identified through investigation as HOROWITZ, approached the victim teller and said, "I'm sorry I need to do this." He then handed the victim teller a note that included instructions to give him cash from the teller drawer and not to press the silent alarm. In fear for their safety, the victim teller  complied with his demands and put $1,179 in US currency in a BOA envelope and gave it to the HOROWITZ. HOROWITZ was wearing a shirt that read, "LOS ANGELES Reckless", a black mask, a multicolored backpack. In addition, the tattoos on his arms were exposed.

5.     The incident was captured on bank surveillance video. Below is a still from that video showing HOROWITZ at the teller's window.



*Truist Bank – March 17, 2022*

6.     On or about March 17, 2022, law enforcement officers responded to Truist Bank located at 900 SE 17th St, Fort Lauderdale, Florida in reference to an attempted bank robbery.

At or about 11:43 a.m.., a white male, identified through investigation as HOROWITZ, approached the victim teller. HOROWITZ gave the victim teller a note and verbally directed them to do what the note instructed. The note demanded the teller give HOROWITZ money. The victim teller told HOROWITZ she was behind bullet-proof glass and was calling the police. HOROWITZ then left the bank. The victim teller advised law enforcement had she not been behind bullet-proof glass or had there been other customers in the bank she would have given HOROWITZ money.

7.     The incident was captured on bank surveillance video. Below is a still from that video showing HOROWITZ at the teller's window and leaving the bank.



***Chase Bank – March 29, 2022***

8.     On or about March 29, 2022, law enforcement officers responded to Chase Bank located at 1807 Cordova Road, Fort Lauderdale in reference to a bank robbery. At or about 12:58 p.m., a white male, identified through investigation as HOROWITZ, approached the victim teller. HOROWITZ was wearing a black shirt with the Nike logo, a silver necklace with a cross pendant, black sneakers, and black pants. HOROWITZ was holding a Florida State identification and a withdrawal slip. The victim teller asked if HOROWITZ needed help. HOROWITZ told

3

them to give him all the money she had in the drawer. The victim teller informed HOROWITZ

that she did not have money in the drawer and she would have to get her manager. As the victim

teller attempted to walk away, HOROWITZ told her to not leave the area. He also said that he

did not want to hurt anyone. A second teller approached, inquired if HOROWITZ wanted to

make a withdrawal and asked for his identification. HOROWITZ provided the ID card he was

holding and an invalid account number. HOROWITZ then told both tellers that he had a gun in

his pocket, and they needed to put the money in an envelope. The second teller gave

HOROWITZ $1,000 and his identification. HOROWITZ then left the bank and jogged through

an alley southwest of the bank.

    9.    The incident was captured on bank surveillance video. Below is a still from that video

showing HOROWITZ at the teller's window.



10.    Law enforcement officers responded to the Fort Lauderdale Chase bank and issued a "Be on the Look Out" (BOLO) for a white male matching the description above. At approximately, 1:45 P.M., Fort Lauderdale Police Officers observed HOROWITZ walking near South Federal Highway and SE 17th Street. The officers identified HOROWITZ via his Florida identification card. HOROWITZ was wearing the same shirt and silver necklace as shown in the above photograph. However, HOROWITZ had a shaved head at the time of the arrest. HOROWITZ had approximately $653 US dollars, a hotel key, and a pack of cigarettes on his person at the time of the arrest.

11.    HOROWITZ was advised of his *Miranda* rights and waived them in writing. During a subsequent interview, HOROWITZ described how he was laid-off work due to COVID and "was desperate." HOROWITZ did not have an address. He stated he was in a downward spiral and doing drugs, specifically cocaine. HOROWITZ stated he knew what he did was wrong, but he was desperate. Law enforcement showed him the still photos from each of the robberies and the attempted robbery. HOROWITZ identified himself in each photo and wrote his name next to the photos. HOROWITZ stated that he used the $1,000 from Chase bank for two nights at the Relax Inn 1851 S. Federal Highway, Fort Lauderdale, Florida 33316 and stopped to get his hair cut at a nearby barber shop.

## CONCLUSION

12.    Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest Steven David HOROWITZ committed violations of Title 18, United States Code, 2113(a) (bank robbery and attempted bank robbery).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT CHELSEY HIBSCH
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me this
30th day of March, 2022.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

### BOND RECOMMENDATION

DEFENDANT: <u>Steven Horowitz</u>

<u>Pretrial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ANITA WHITE

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):      <u>SA Chelsey Hibsch</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)
571-456-9639